FILED by **TM** D.C.
ELECTRONIC

Oct 1, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80190-CR-MIDDLEBROOKS-W/BRANNON

18 U.S.C. §1343
18 U.S.C. §2

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEITH ALLEN MILLS,

    Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. Business Vision Network Inc. ("BVN") was a business incorporated in the state of Florida with its offices located in West Palm Beach, Florida. BVN was purportedly in the business of producing television infomercials, and selling certain products advertised through informercials it produced.

2. Defendant **KEITH ALLEN MILLS** was the President of BVN. In this capacity, he directed BVN's day to day operations and controlled its finances.

### COUNT ONE
(Wire Fraud: 18 U.S.C. § 1343)

3. Paragraphs 1 and 2 of the General Allegations section are realleged and incorporated as

though fully set forth herein.

4. Between in or about January, 2009, and continuing through in or about October, 2010, at Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

## KEITH ALLEN MILLS,

did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, knowing that such pretenses, representations and promises were false and fraudulent when made.

## PURPOSE OF THE SCHEME TO DEFRAUD

5. It was the purpose of the scheme to defraud for the defendant to unjustly enrich himself and others by inducing individuals to invest money with BVN on the basis of material false pretenses, representations and promises, and omissions of material facts.

## MANNER AND MEANS OF THE SCHEME TO DEFRAUD

The manner and means by which the defendant and others sought to accomplish the purpose of the scheme to defraud included, among others, the following:

6. Defendant **KEITH ALLEN MILLS**, and others associated with BVN, solicited investors in BVN by falsely representing that BVN was a successful infomercial company. They also falsely represented that BVN had recently acquired certain products that it would be selling directly through infomercials produced by BVN.

7. Defendant **KEITH ALLEN MILLS**, and others associated with BVN, falsely represented to investors that BVN had $10 million in revenues and was financially stable. They also falsely represented that BVN was going to have a public stock offering in the near future. Defendant

**KEITH ALLEN MILLS** knew that these representations were false and that, in fact, BVN did not have $10 million in revenues, was not financially stable, and was not prepared for a public stock offering.

8. Defendant **KEITH ALLEN MILLS**, and others associated with BVN, falsely represented to investors that BVN had secured marketing campaigns for major companies, and that BVN had recently completed a number of infomercials. Defendant **KEITH ALLEN MILLS** knew that these representations were false and that, in fact, BVN had not secured any major marketing campaigns and had not recently completed any infomercials.

9. Defendant **KEITH ALLEN MILLS**, and others associated with BVN, falsely represented to investors that BVN had in its employ several specific people experienced in the infomercial industry. Defendant **KEITH ALLEN MILLS** knew that these representations were false and that, in fact, the specific people experienced in the infomercial industry were not currently in the employ of BVN.

10. Defendant **KEITH ALLEN MILLS**, and others associated with BVN, falsely represented to investors that BVN had purchased a large inventory of a certain type of electric scooter typically used by the elderly and those with health issues and that it was the intent of BVN to sell the scooters through infomercials that BVN would produce. BVN would then be able to profit directly from the sale of the scooters. Defendant **KEITH ALLEN MILLS** knew that these representations were false and that, in fact, BVN had not purchased a large inventory of the scooters and was not prepared to sell them through infomercials produced by BVN.

11. Defendant **KEITH ALLEN MILLS**, and others associated with BVN, falsely represented to investors that BVN had secured a valuable Medicare number which would allow BVN to offer

the electric scooter to qualified recipients at little or no cost to the recipients. BVN would then be paid by Medicare, rather than directly by the consumers. Defendant **KEITH ALLEN MILLS** knew that these representations were false and that, in fact, BVN had not secured a Medicare number and could not bill Medicare for any purpose.

12. Defendant **KEITH ALLEN MILLS**, and others associated with BVN, made a significant number of false and fraudulent representations about BVN through interstate wire communications, and accepted a significant amount of funds as investments in BVN that were transmitted through the use of interstate wire.

13. Based upon false and fraudulent representations made by defendant **KEITH ALLEN MILLS** and others associated with BVN, over 90 people invested approximately $1.9 million in BVN. Rather than being used to further the business interests of BVN, the vast majority of the funds were used to maintain the lavish lifestyle of defendant **KEITH ALLEN MILLS** and others associated with BVN.

## USE OF THE WIRES

14. On or about February 23, 2010, at Palm Beach County, in the Southern District of Florida, and elsewhere, for the purpose of executing the aforesaid scheme and artifice to defraud and for obtaining money and property by false and fraudulent pretenses, representations and promises, the defendant,

### KEITH ALLEN MILLS,

did knowingly transmit and cause to be transmitted in interstate commerce by means of wire communications certain writings, signs, signals, pictures, and sounds, to wit: a $62,000 interstate wire transfer from the account of S.R and J.R. at Bank of America in Oklahoma, to BVN's account

at Bank of America in Florida, for investment in BVN.

All in violation of Title 18, United States Code, Sections 1343 and 2.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY


_____
CAROLYN BELL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

KEITH ALLEN MILLS,

    **Defendant.**
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami   ___ Key West
___ FTL   X___ WPB   ___ FTP

New Defendant(s)   Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect

4. This case will take   10   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)      (Check only one)

   I   0 to 5 days   ___    Petty   ___
   II   6 to 10 days   X___    Minor   ___
   III   11 to 20 days   ___    Misdem.   ___
   IV   21 to 60 days   ___    Felony   X___
   V   61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   ___
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   X___ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   X___ No

           _____
           CAROLYN BELL
           ASSISTANT UNITED STATES ATTORNEY
           Florida Bar No./Court No. 05500286

*Penalty Sheet(s) attached                       REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **KEITH ALLEN MILLS**

**Case No:** _____

Count #: 1

  Wire Fraud

  Title 18, United States Code, Sections 1343 and 2

\* **Max.Penalty**: 20 Years' imprisonment, 3 years supervised release, $250,000 fine or twice the gross gain or loss, and restitution.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: KEITH ALLEN MILLS

$100,000 PERSONAL SURETY BOND
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:  CAROLYN BELL

Last Known Address: _____

What Facility: _____

Agent(s):  S/A Santiago Him-Velarde
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)
FBI

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| KEITH ALLEN MILLS | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____**Valentin Rodriguez, Esq.**_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____**United States Magistrate Judge**_____
*Judge's printed name and title*