UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80190-CR-MIDDLEBROOKS/BRANNON

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**KEITH ALLEN MILLS**,

    Defendant

_____/

### NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Valentin Rodriguez, Esq., and files this Permanent Appearance as counsel for Defendant, **KEITH MILLS,** for trial only.

The undersigned requests that all pleadings, correspondence, and discovery be directed to his attention at the address below.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Carolyn Bell, Esq., Assistant United States Attorney, 400 Australian Avenue S, Suite 500, West Palm Beach, FL, by email, on this 2nd day of October, 2012, by filing with CM/ECF.

    Respectfully submitted,

    /s/ Valentin Rodriguez
    _____
    VALENTIN RODRIGUEZ, ESQ.
    Valentin Rodriguez, P.A.
    120 S. Dixie Highway, Suite 204
    West Palm Beach, FL  33401
    (561) 832-7510
    (561) 537-7050 (facsimile)
    Fla Bar No.  047661

    Counsel for Defendant